## MILLER, for use, *v.* McKINNON.

COBB, J.   1. Where a writing containing evidence material in the trial of a case is in the possession of a person not a party, who is beyond the jurisdiction of the court, secondary evidence of the contents of such writing is admissible. *Bowden* v. *Achor*, 95 *Ga.* 244, 260.

2. The evidence as to the terms of the contract between the plaintiff and the defendant being conflicting, the court erred in directing a verdict.

*Judgment reversed.   All the Justices concurring.*

Submitted October 27, — Decided November 26, 1897.

Complaint on account.   Before Judge Sweat.   Camden superior court.   July 30, 1897.

*Alexander A. Lawrence*, for plaintiff.
*Atkinson & Dunwody*, for defendant.

---

## FRANKLIN *v.* CARSWELL.

103b 553
105  178

COBB, J.   The father is entitled to the custody of his child during minority, unless such right has been relinquished or forfeited; and when in a habeas corpus proceeding involving such custody the evidence was conflicting as to whether the father had relinquished his parental right in favor of the grandmother, the discretion of the trial judge in awarding the child to the custody of the father will not be controlled.

*Judgment affirmed.   All the Justices concurring.*

Argued October 27, — Decided November 26, 1897.

Habeas corpus.   Before Judge Sweat.   Ware county.   July 20, 1897.

*Estes & Jones, Atkinson & Dunwody* and *F. E. Twitty*, for plaintiff.   *Toomer & Reynolds*, for defendant.